UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT E. COYLE UNITED STATES COURTHOUSE

| | |
|---|---|
| KATHARINE GRAVES, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware Corporation, BANK OF AMERICA NATIONAL ASSOCIATION, a Corporation, and, DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 1:13-CV-00638-AWI-GSA<br><br>**ORDER DISMISSING DEFENDANT BANK OF AMERICA CORPORATION**<br><br>[Filed Concurrently With Stipulation To Dismiss Defendant Bank of America Corporation]<br><br>Action Filed:    May 2, 2013<br>Trial Date:    TBD<br>Discovery Cut-Off:    TBD<br><br>[Presiding Judge: The Honorable Anthony W. Ishii (Ctrm. 2, 8th Floor); Magistrate Judge: The Honorable Gary S. Austin (Ctrm. 10, 6th Floor)] |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[PROPOSED] ORDER DISMISSING BANK OF AMERICA CORPORATION

REED SMITH LLP — A limited liability partnership formed in the State of Delaware

US_ACTIVE-113172783.1

This matter coming before the Court on the Parties' Stipulation to Dismiss Defendant Bank of America Corporation, due and adequate notice having been given, and the Court being duly advised in the premises,

**IT IS HEREBY ORDERED AND ADJUDGED:**

Plaintiff Katharine Graves' complaint is hereby dismissed without prejudice as to Bank of America Corporation on the conditions set forth in this Stipulation;

Any future amended pleading against Bank of America Corporation for violations of the California Fair Employment and Housing Act and the California Family Rights Act (Govt. Code §§ 12900, 12940,12945, 12945.2), and the Family and Medical Leave Act (29 U.S.C. § 2601 *et seq.*), shall relate back to the original filing of this action;

This stipulation does not constitute a waiver of, or otherwise impair, any defenses Bank of America Corporation, Bank of America, N.A. or any other later-named affiliated entity may raise against this action.

IT IS SO ORDERED.

Dated:   June 4, 2013                           _____
                                                SENIOR DISTRICT JUDGE