REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  KATHARINE GRAVES, an individual, | Case No. 1:13-CV-00638-AWI-GSA |
| 12  Plaintiff, | **ORDER ON THE PARTIES' STIPULATION RE. CONFIDENTIALITY OF DOCUMENTS AND PROTECTIVE ORDER** |
| 13  vs. | |
| 14  BANK OF AMERICA CORPORATION, a Delaware Corporation, BANK OF AMERICA NATIONAL ASSOCIATION, a Corporation, and, DOES 1 through 20, inclusive, | (Doc. 14) |
| 15 | |
| 16 | |
| 17  Defendants. | |

18

19      The Court adopts the parties' stipulation regarding the confidentiality of

20  discovery documents and a protective order.  (Doc. 14).  The parties are hereby

21  advised that any motions filed by either party with respect to the provisions of this

22  stipulation must comply with the Federal Rules of Civil Procedure and the Local

23  Rules of this Court, including Local Rule 230.

24

25

26  IT IS SO ORDERED.

27      Dated:   **August 13, 2013**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

US_ACTIVE-113873065.1