REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – COYLE/FRESNO COURTHOUSE

| | |
|---|---|
| KATHARINE GRAVES, an individual,<br><br>            Plaintiff,<br><br>   vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware Corporation, BANK OF AMERICA NATIONAL ASSOCIATION, a Corporation, and, DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. 1:13-CV-00638-AWI-GSA<br><br>**ORDER TO CONTINUE FACT AND EXPERT DISCOVERY CUT-OFF, NON-DISPOSITIVE AND DISPOSITIVE MOTION DEADLINES, AND PRE-TRIAL CONFERENCE AND TRIAL DATES**<br><br>Action Filed:    May 2, 2013<br>Trial Date:      October 15, 2014<br>Discovery Cut-Off:  March 24, 2014<br><br>[Presiding Judge: The Honorable Anthony W. Ishii (Ctrm. 2, 8th Floor); Magistrate Judge: The Honorable Gary S. Austin (Ctrm. 10, 6th Floor)] |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

ORDER TO CONTINUE DISCOVERY, ETC.

The Court, having considered the Parties' Stipulation to Continue the Fact and Expert Discovery Cut-Off, Non-Dispositive and Dispositive Motion Deadlines, and Pre-Trial Conference and Trial Dates, and having found good cause for continuance, hereby orders the following:

1. The non-expert discovery deadline, currently set for May 19, 2014, is continued to December 19, 2014.

2. The expert disclosure deadline and supplemental expert disclosure deadline, currently set for April 7, 2014, and April 21, 2014, respectively, is continued to January 2, 2015, and January 16, 2015.

3. The expert discovery deadline, currently set for May 5, 2014, is continued to January 30, 2015.

4. The last day to efile and serve non-dispositive and dispositive motions, currently May 19, 2014, is continued to February 13, 2015.

5. The pre-trial conference, currently scheduled for August 21, 2014, is continued to May 13, 2015, at 10:00a.m. in Courtroom 2 before Judge Anthony W. Ishii.

6. The jury trial, estimated at 8-10 days and currently scheduled for October 15, 2014, at 8:30 a.m., is continued to July 14, 2015, at 8:30a.m. in Courtroom 2 before Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   March 24, 2014                             _____
                                                    SENIOR  DISTRICT  JUDGE