UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – COYLE/FRESNO COURTHOUSE

| | |
|---|---|
| KATHARINE GRAVES, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware Corporation, BANK OF AMERICA NATIONAL ASSOCIATION, a Corporation, and, DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendants. | Case No. 1:13-CV-00638-AWI-GSA<br><br>**ORDER TO DISMISS ENTIRE CIVIL ACTION WITH PREJUDICE**<br><br>Action Filed:　　May 2, 2013<br>Trial Date:　　　July 14, 2015<br>Discovery Cut-Off:　December 19, 2014<br><br>[Presiding Judge: The Honorable Anthony W. Ishii (Ctrm. 2, 8th Floor); Magistrate Judge: The Honorable Gary S. Austin (Ctrm. 10, 6th Floor)] |

　　The Court, having considered the parties' Stipulation to Dismiss Entire Civil Action With Prejudice in its entirety pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, with each party to bear her /its own attorneys' fees and costs, **GRANTS** the Stipulation and the suit is dismissed with prejudice.   The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:　October 17, 2014　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE